# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release) |
| KAWANIS SUTTON | Case No.  3:20-CR-63-001 (CAR)<br>USM No.  45596-509<br><br>Timothy R. Saviello<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s)  1  of the term of supervision.

☐ was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation | 5/16/2025 |

The defendant is sentenced as provided in pages 2 through __2__ .  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   6564

Defendant's Year of Birth:   1995

City and State of Defendant's Residence:

Athens, Georgia

June 22, 2026
Date of Imposition of Judgment

s/ C. Ashley Royal
Signature of Judge

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

06/25/2026
Date

Judgment — Page    2    of    2

DEFENDANT:    KAWANIS SUTTON

CASE NUMBER:    3:20-CR-63-001 (CAR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **24 MONTHS**

☒    The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends to the Bureau of Prisons that the defendant be allowed to participate in the Residential Drug Abuse Program (RDAP) while confined.**

**The Court recommends to the Bureau of Prisons that the defendant be placed at a Residential Reentry Center (RRC) while confined.**

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL